**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: CALLAS, SAM § Case No. 13-43900
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 11/12/2013. The case was converted to one under Chapter 7 on 11/04/2014. The undersigned trustee was appointed on 11/05/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of            $      199,816.80

   Funds were disbursed in the following amounts:

   Payments made under an
      interim distribution                                      20,515.30
   Administrative expenses                                      78,772.42
   Bank service fees                                             5,511.84
   Other payments to creditors                                       0.00
   Non-estate funds paid to 3rd Parties                         10,257.65
   Exemptions paid to the debtor                                     0.00
   Other payments to the debtor                                      0.00

   Leaving a balance on hand of[1]             $       84,759.59

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/22/2015 and the deadline for filing governmental claims was 05/22/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $12,727.96. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $12,727.96, for a total compensation of $12,727.96$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/17/2017                                By: /s/ Michael Desmond
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

| Case No.: | 13-43900 | Trustee Name: | (330623) Michael Desmond |
|---|---|---|---|
| Case Name: | CALLAS, SAM | Date Filed (f) or Converted (c): | 11/04/2014 (c) |
| | | § 341(a) Meeting Date: | 12/17/2014 |
| For Period Ending: | 10/17/2017 | Claims Bar Date: | 05/22/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 200.00 | 200.00 | | 0.00 | FA |
| 2 | Urban Partnership Bank - checking account no. xx | 230.57 | 230.57 | | 0.00 | FA |
| 3 | Heartland Bank & Trust Company - ckg acct -7500 | 15,085.89 | 15,085.89 | | 36,575.93 | FA |
| 4 | Urban Partnership Bank - checking account no. xx | 160.31 | 160.31 | | 0.00 | FA |
| 5 | Necessary Wearing Apparel | 750.00 | 0.00 | | 0.00 | FA |
| 6 | 1999 Mercedes CLK430 | 2,000.00 | 1,600.00 | | 0.00 | FA |
| 7 | 2004 Nissan Armada | 6,000.00 | 0.00 | | 0.00 | FA |
| 8 | 1901 - 1911 Howard Street, Evanston, Illinois - | 2,192,000.00 | 0.00 | | 0.00 | FA |
| 9 | Attorney Client Trust Fund Account - Deposit (u) | 0.00 | 49,546.10 | | 49,546.10 | FA |
| 10 | Preference Recoveries (u) | Unknown | 90,000.00 | | 113,694.77 | FA |
| 10 | Assets     Totals    (Excluding unknown values) | **$2,216,426.77** | **$156,822.87** | | **$199,816.80** | **$0.00** |

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

**Case No.:** 13-43900  
**Case Name:** CALLAS, SAM  

**For Period Ending:** 10/17/2017

**Trustee Name:** (330623) Michael Desmond  
**Date Filed (f) or Converted (c):** 11/04/2014 (c)  
**§ 341(a) Meeting Date:** 12/17/2014  
**Claims Bar Date:** 05/22/2015

**Major Activities Affecting Case Closing:**

    Trustee has resolved all remaining adversaries.  Trustee is in the process of resolving Chapter 11 administrative claims, reviewing prepetition claims, filing fee application and preparing Final report.

**Initial Projected Date Of Final Report (TFR):** 12/31/2016     **Current Projected Date Of Final Report (TFR):** 12/29/2017

10/17/2017        /s/Michael Desmond  
Date        Michael Desmond

**UST Form 101-7-TFR (5/1/2011)**

| | | Exhibit B |
|---|---|---|
| | **Form 2** | Page: 1 |
| | **Cash Receipts And Disbursements Record** | |

| | | | | |
|---|---|---|---|---|
| Case No.: | 13-43900 | | Trustee Name: | Michael Desmond (330623) |
| Case Name: | CALLAS, SAM | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2507 | | Account #: | ******5066 Checking Account |
| For Period Ending: | 10/17/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/04/2014 | {9} | Northern Trust | Atty Client Trust Fund Acct - Deposit | 1229-000 | 49,546.10 | | 49,546.10 |
| 12/11/2014 | {3} | Heartland Bank & Trust Company | Turnover of Acct Balance - Acct # ending x 7500 | 1129-000 | 16,057.02 | | 65,603.12 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.07 | 65,529.05 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.25 | 65,434.80 |
| 02/17/2015 | {10} | GreenySky Trade Credit, LLC | Preference Transfer Recovery payment made by The Home Depot. | 1241-000 | 12,532.68 | | 77,967.48 |
| 02/24/2015 | {3} | Heartland Bank & Trust Company | Proceeds of Rent Payments Made to Heartland Bank | 1129-000 | 20,518.91 | | 98,486.39 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.21 | 98,391.18 |
| 03/02/2015 | {10} | Bank of America | Preference Transfer Recovery payment made by Bank of America | 1241-000 | 31,162.09 | | 129,553.27 |
| 03/03/2015 | 101 | BCL Capital Funding, LLC | Turnover of Post Petition Rents Per order dated 2-17-2015 | 4110-000 | | 20,515.30 | 109,037.97 |
| 03/03/2015 | 102 | The Northern Trust Company - Sam Callas DIP Account | For credit to Account ******6261 per order dated 2-17-2015 | 8500-002 | | 10,257.65 | 98,780.32 |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

Exhibit B
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-43900 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | CALLAS, SAM | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2507 | Account #: | ******5066 Checking Account |
| For Period Ending: | 10/17/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/23/2015 | {10} | Stamelos Building Account | Recovery of Post-Petition Transfer from Spiros Stamelos | 1241-000 | 5,000.00 |  | 103,780.32 |
| 03/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 158.56 | 103,621.76 |
| 04/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 149.04 | 103,472.72 |
| 05/29/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 143.86 | 103,328.86 |
| 06/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 158.53 | 103,170.33 |
| 07/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 153.34 | 103,016.99 |
| 08/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 143.23 | 102,873.76 |
| 09/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 157.84 | 102,715.92 |
| 10/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 147.74 | 102,568.18 |
| 11/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 142.61 | 102,425.57 |
| 12/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 162.07 | 102,263.50 |
| 01/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 141.81 | 102,121.69 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 3

| Case No.: | 13-43900 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | CALLAS, SAM | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2507 | Account #: | ******5066 Checking Account |
| For Period Ending: | 10/17/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 141.60 | 101,980.09 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 160.92 | 101,819.17 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 141.18 | 101,677.99 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 140.98 | 101,537.01 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 160.23 | 101,376.78 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 140.56 | 101,236.22 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 159.73 | 101,076.49 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 144.98 | 100,931.51 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 139.95 | 100,791.56 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 154.22 | 100,637.34 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 144.35 | 100,492.99 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 154.15 | 100,338.84 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Exhibit B
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-43900 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | CALLAS, SAM | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2507 | Account #: | ******5066 Checking Account |
| For Period Ending: | 10/17/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/16/2017 | {10} | Katina Callas | Settlement check pursuant to Order dated 2-15-17 approving Settlement with Katina Callas | 1241-000 | 65,000.00 | | 165,338.84 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 168.98 | 165,169.86 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 245.49 | 164,924.37 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 221.40 | 164,702.97 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 260.59 | 164,442.38 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 236.52 | 164,205.86 |
| 07/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 228.31 | 163,977.55 |
| 08/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 259.46 | 163,718.09 |
| 09/14/2017 | 103 | Figliulo & Silverman, P.C. | Attorney for Trustee Expenses allowed per Court Order dated 09/12/2017 | 3120-000 | | 1,684.92 | 162,033.17 |
| 09/14/2017 | 104 | Figliulo & Silverman, P.C. | Chapter 7 Attorney's fees allowed per Court Order dated 09/12/2017 | 3110-000 | | 77,087.50 | 84,945.67 |
| 09/29/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 186.08 | 84,759.59 |

{} Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

Exhibit B
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** 13-43900 | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** CALLAS, SAM | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** **-***2507 | **Account #:** | ******5066 Checking Account |
| **For Period Ending:** 10/17/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 199,816.80 | 115,057.21 | $84,759.59 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 199,816.80 | 115,057.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$199,816.80** | **$115,057.21** | |

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                                                    ! - transaction has not been cleared

Exhibit B
Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 13-43900 | | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | CALLAS, SAM | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2507 | | **Account #:** | ******5066 Checking Account |
| **For Period Ending:** | 10/17/2017 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5066 Checking Account | $199,816.80 | $115,057.21 | $84,759.59 |
| | $199,816.80 | $115,057.21 | $84,759.59 |

__10/17/2017__                                                     **/s/Michael Desmond**
**Date**                                                                    **Michael Desmond**

**UST Form 101-7-TFR (5/1/2011)**

Page: 1

# Exhibit C
## Analysis of Claims Register

**Case:** 13-43900     **SAM CALLAS**

Claims Bar Date: 05/22/15

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | BCL Capital Funding LLC<br>450 Skokie Boulevard<br>Building 600<br>Northbrook, IL 60062<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>12/09/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Beverly Asphalt Paving<br>1514 West Pershing Road<br>Chicago, IL 60609<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>12/09/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Cook County Clerk Real Estate & Tax Service Department<br>118 North Clark Street<br>Room 434<br>Chicago, IL 60602<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>12/09/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Eleftenos Fintikis d/b/a Minoan Construction<br>6759 North Longmeadow<br>Lincolnwood, IL 60712<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>12/09/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Eon Development, Inc.<br>236 Waukegan Road<br>Glenview, IL 60025<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>12/09/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Kaplan Papdakis & Gournis, PC<br>180 North LaSalle Street<br>Suite 2108<br>Chicago, IL 60601<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>12/09/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 2

# Exhibit C

## Analysis of Claims Register

**Case:** 13-43900                                                      **SAM CALLAS**

Claims Bar Date: 05/22/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Laurie A. Silvestri Three First National Plaza Suite 1515 Chicago, IL 60602 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 12/09/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Levenfeld Pearlstein, LLC 2 North LaSalle Street Suite 1300 Chicago, IL 60602 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 12/09/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| F&S Expens | Figliulo & Silverman, P.C. 10 S. LaSalle St. Suite 3600 Chicago, IL 60603 <3120-000 Attorney for Trustee Expenses (Trustee Firm)> , 200  Attorney for Trustee Expenses | Administrative 07/17/17 | | $1,684.92 $1,684.92 | $1,684.92 | $0.00 |
| F&S Fees | Figliulo & Silverman, P.C. 10 S. LaSalle St. Suite 3600 Chicago, IL 60603 <3110-000 Attorney for Trustee Fees (Trustee Firm)> , 200  Attorney For Trustee - Fees | Administrative 07/17/17 | | $77,087.50 $77,087.50 | $77,087.50 | $0.00 |
| FEE | Michael Desmond 10 South LaSalle Chicago, IL 60603 <2100-000 Trustee Compensation> , 200 | Administrative 08/18/15 | | $12,727.96 $12,727.96 | $0.00 | $12,727.96 |
| | Figliulo & Silverman, P.C. 10 S. LaSalle St. Suite 3600 Chicago, IL 60603 <3110-000 Attorney for Trustee Fees (Trustee Firm)> , 200  Attorney For Trustee - Fees | Administrative 07/17/17 | | $3,425.00 $3,425.00 | $0.00 | $3,425.00 |

Page: 3

# Exhibit C
## Analysis of Claims Register

**Case:** 13-43900                                            **SAM CALLAS**

Claims Bar Date: 05/22/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Figliulo & Silverman, P.C.<br>10 S. LaSalle St.<br>Suite 3600<br>Chicago, IL 60603<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200<br><br>Attorney for Trustee Expenses | Administrative<br>07/17/17 |  | $7.37<br>$7.37 | $0.00 | $7.37 |
| 9 | Office of the U.S. Trustee,<br><2990-000 Other Chapter 7 Administrative Expenses><br>, 200 | Administrative<br>06/26/15 |  | $325.00<br>$325.00 | $0.00 | $325.00 |
| 7 | Gregory K. Stern,<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>09/19/14 |  | $20,497.32<br>$20,497.32 | $0.00 | $20,497.32 |
|  | American Express<br>PO Box 297871<br>Ft. Lauderdale, FL 33329<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/09/13 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/09/13 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Chicago Title & Trust Company<br>171 North Clark Street<br>Chicago, IL 60601-3294<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/09/13 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Discover Card<br>P.O. Box 30421<br>Salt Lake City, UT 84130-0421<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/09/13 |  | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

**Case:** 13-43900          **SAM CALLAS**

Claims Bar Date: 05/22/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Spiros Stamelos<br>35 Bridlewood Road<br>Northbrook, IL 60062<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/09/13 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | The Home Depot Project Loan<br>1797 NE Expressway NE<br>Suite 100<br>Atlanta, GA 30329<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/09/13 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Zoe Sadkhin<br>9351 North Milwaukee Avenue<br>Niles, IL 60714<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/09/13 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | Discover Bank<br>DB Servicing Corporation,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/03/13 |  | $8,079.82<br>$8,079.82 | $0.00 | $8,079.82 |
| 2 | Beverly Asphalt Paving Companyc/o Laurie A. Silvestri,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/08/14 |  | $18,650.00<br>$0.00 | $0.00 | $0.00 |
| 3 | American Express Centurion Bank<br>c o Becket and Lee LLP,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/14/14 |  | $29,837.75<br>$29,837.75 | $0.00 | $29,837.75 |
| 4 | CHS Care NetworkKomyatte & Casbon, PC,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/28/14 |  | $35.00<br>$0.00 | $0.00 | $0.00 |

Page: 5

# Exhibit C

## Analysis of Claims Register

**Case:** 13-43900      **SAM CALLAS**

Claims Bar Date: 05/22/15

| Claim No. | Claimant Name/<Category>, Priority | Claim Type/Date Filed | Claim Ref | Amount Filed/Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Suk S Lee MD IncKomyatte & Casbon, PC,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/28/14 | | $45.00<br>$0.00 | $0.00 | $0.00 |
| 6 | BCL-CAPITAL FUNDING LLCc/o Johnathan P. Friedland Levenfeld Pearlstein, LLC,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/10/14 | | $212,165.76<br>$212,165.76 | $0.00 | $212,165.76 |
| 8 | Spiros Stamelos,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/02/15 | | $20,000.00<br>$0.00 | $0.00 | $0.00 |
| | | | **Case Total:** | | **$78,772.42** | **$287,065.98** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-43900
Case Name: SAM CALLAS
Trustee Name: Michael Desmond

**Balance on hand:**  $ 84,759.59

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 84,759.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael Desmond | 12,727.96 | 0.00 | 12,727.96 |
| Attorney for Trustee Fees - Figliulo & Silverman, P.C. | 77,087.50 | 77,087.50 | 0.00 |
| Other Chapter 7 Administrative Expenses - Office of the U.S. Trustee | 325.00 | 0.00 | 325.00 |
| Attorney for Trustee Fees - Figliulo & Silverman, P.C. | 3,425.00 | 0.00 | 3,425.00 |
| Attorney for Trustee, Expenses - Figliulo & Silverman, P.C. | 1,684.92 | 1,684.92 | 0.00 |
| Attorney for Trustee, Expenses - Figliulo & Silverman, P.C. | 7.37 | 0.00 | 7.37 |

Total to be paid for chapter 7 administrative expenses:  $ 16,485.33
Remaining balance:  $ 68,274.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 68,274.26

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $20,497.32 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Gregory K. Stern | 20,497.32 | 0.00 | 20,497.32 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 20,497.32 |
| Remaining balance: | $ | 47,776.94 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $250,083.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank<br>DB Servicing Corporation | 8,079.82 | 0.00 | 1,543.60 |
| 2 | Beverly Asphalt Paving Companyc/o Laurie A. Silvestri | 0.00 | 0.00 | 0.00 |
| 3 | American Express Centurion Bank<br>c o Becket and Lee LLP | 29,837.75 | 0.00 | 5,700.33 |
| 4 | CHS Care NetworkKomyatte & Casbon, PC | 0.00 | 0.00 | 0.00 |
| 5 | Suk S Lee MD IncKomyatte & Casbon, PC | 0.00 | 0.00 | 0.00 |
| 6 | BCL-CAPITAL FUNDING LLCc/o Johnathan P. Friedland Levenfeld Pearlstein, LLC | 212,165.76 | 0.00 | 40,533.01 |
| 8 | Spiros Stamelos | 0.00 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 47,776.94 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |||||

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**