Printed:   10/17/2017 10.30 AM

# Trustee's Compensation

**Debtor:**  CALLAS, SAM                                     **Case:**  13-43900

## Computation of Compensation

| | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 189,559.15 |

Pursuant to 11 U.S.C. 326, compensation is computed as follows:

| | | | |
|---|---:|---|---:|
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 139,559.15 | = | 6,977.96 |
| 3% of Balance | 0.00 | = | 0.00 |

| | |
|---:|---:|
| **Calculated Total Compensation:** | **$12,727.96** |
| Plus Adjustment: | 0.00 |
| **Total Compensation:** | **$12,727.96** |
| Less Previously Paid: | 0.00 |
| **Total Compensation Requested:** | **$12,727.96** |

## Trustee Expenses

No Expenses to report.

| | |
|---:|---:|
| **Subtotal Expenses:** | **$0.00** |
| Plus Adjustment: | 0.00 |
| **Total Expenses:** | **$0.00** |
| Less Previously Paid: | 0.00 |
| **Total Expenses Requested:** | **$0.00** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $12727.96 as compensation and $0.00 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated:   10/17/2017                          Signed:__/s/ Michael Desmond_____

Michael Desmond, TRUSTEE
10 South LaSalle
Chicago, IL 60603

## TASKS PERFORMED BY TRUSTEE

1. The Trustee reviewed the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs.  The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

2. The Trustee reviewed and analyzed the Debtor's bank records, insurance documents, tax documents and other materials as part of his investigation into the Debtor's assets and finances and to verify the disposition of the Debtor's pre-petition assets.

3. The Trustee sought turnover of funds in DIP account and various bank accounts controlled by Debtor.

4. The Trustee filed various adversary proceedings to recover preferential payments and funds fraudulently transferred by the Debtor.

5. The Trustee managed the estate's cash on hand.  This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.  The Trustee prepared annual reports for this estate for the United States Trustee's Office.

6. The Trustee attended to tax issues concerning the estate and determined that the estate did not have to file income tax returns.

7. The Trustee resolved claims for Chapter 11 administrative expenses.

8. The Trustee reviewed the claims filed in this case and filed various claims objections. The Trustee prepared his Final Report for the Court and the United States Trustee's Office.

9.  The Trustee prepared his Final Report for the Court and the United States Trustee's Office and the Trustee will attend the hearing on the Final Report, distribute the available estate funds to the creditors of the Debtor and prepare a Final Account for the Court and the United States Trustee's Office.