UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-43900 |
| | ) | |
| SAM CALLAS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

## PROOF OF SERVICE

TO:   See attached Service List.

I, MICHAEL K. DESMOND, state that the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was served upon the parties named on the Manual Notice List on the attached Service List by depositing a copy of same in the U.S. Mail at 10 S. LaSalle Street, Chicago, IL 60603 on November 17, 2017 before the hour of 5:00 p.m., proper postage prepaid.

Dated:  November 17, 2017              Respectfully submitted,

**FIGLIULO & SILVERMAN, P.C.**

By: /s/ *Michael K. Desmond*

Michael K. Desmond (IL #6208809)
FIGLIULO & SILVERMAN, P.C.
Ten South LaSalle Street
Suite 3600
Chicago, Illinois 60603
(312) 251-4600

# SERVICE LIST

**Electronic Mail Notice List**

- Leonard S. Becker    lenbecker@sbcglobal.net
- Jamie L Burns    jburns@lplegal.com, rwilliamson@lplegal.com;ikropiewnicka@lplegal.com
- Monette W Cope    ecfnil@weltman.com
- Denise A Delaurent    USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
- Michael K Desmond    mkd.trustee@fslegal.com, IL23@ecfcbis.com
- Marc Ira Fenton    mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com
- Bradley H Foreman    Brad@BradleyForeman.com
- David L Freidberg    dfreidberg@freidberglaw.com
- Jonathan P Friedland    jfriedland@sfgh.com, bkdocket@sfgh.com
- Casey B Hicks    chicks@weltman.com, ecfnil@weltman.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Lindsey L Purdy    lpurdy@fslegal.com
- Christina M Riepel    gstern2@flash.net
- William S Schwartz    wschwartz@lplegal.com
- Laurie A. Silvestri    las.lawoffices@gmail.com
- Gregory K Stern    gstern1@flash.net, steve_horvath@ilnb.uscourts.gov

**Manual Notice List**

| | |
|---|---|
| Sam Callas<br>6657 North Keating<br>Lincolnwood, IL 60712<br>(Debtor) | Richard Rymek<br>5154 S.Kildare<br>Chicago, IL 60632<br>(Broker) |
| Discover Bank<br>DB Servicing Corporation<br>P.O. Box 3025<br>New Albany, OH 43054-3025<br>Claimant #1 | Beverly Asphalt Paving Company<br>c/o Laurie A. Silvestri<br>70 W. Madison St., Suite 1515<br>Chicago, IL 60602<br>Claimant #2 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701<br>Claimant #3 | BCL-CAPITAL FUNDING, LLC<br>C/O Marc Fenton<br>Levenfeld Pearlstein, LLC<br>2 North LaSalle Street, Suite 1300<br>Chicago, IL 60602<br>Claimant #6 |
| Gregory K. Stern<br>53 W. Jackson Blvd, Suite 1442<br>Chicago, IL 60604<br>Claimant # 7 | Spiros Stamelos<br>35 Bridlewood Rd.<br>Northbrook, IL 60062<br>Claimant #8 |
| Office of the U.S. Trustee<br>219 S. Dearborn St., Room 873<br>Chicago, IL 60606<br>Claimant #9 | |