**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: CALLAS, SAM                             § Case No. 13-43900
                                               §
                                               §
                                               §
         Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Michael Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,201,340.88 | Assets Exempt: | $7,150.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $88,789.56 | Claims Discharged Without Payment: | $233,872.88 |
| Total Expenses of Administration: | $100,769.59 | | |

    3) Total gross receipts of $199,816.80 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $10,257.65 (see **Exhibit 2**), yielded net receipts of $189,559.15 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $139,571.57 | $20,515.30 | $20,515.30 | $20,515.30 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $100,769.59 | $100,769.59 | $100,769.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $20,497.32 | $20,497.32 | $20,497.32 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,454,563.81 | $288,813.33 | $250,083.33 | $47,776.94 |
| **TOTAL DISBURSEMENTS** | $1,594,135.38 | $430,595.54 | $391,865.54 | $189,559.15 |

4) This case was originally filed under chapter 11 on 11/12/2013, and it was converted to chapter 7 on 11/04/2014. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/02/2018        By: /s/ Michael Desmond
                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference Recoveries | 1241-000 | $113,694.77 |
| Heartland Bank & Trust Company - ckg acct -7500 | 1129-000 | $36,575.93 |
| Attorney Client Trust Fund Account - Deposit | 1229-000 | $49,546.10 |
| **TOTAL GROSS RECEIPTS** | | **$199,816.80** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| The Northern Trust Company - Sam Callas DIP Account | For credit to Account 3801296261 per order dated 2-17-2015 | 8500-002 | $10,257.65 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$10,257.65** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BCL Capital Funding, LLC | 4110-000 | NA | $20,515.30 | $20,515.30 | $20,515.30 |
| N/F | Beverly Asphalt Paving | 4110-000 | $18,650.00 | NA | NA | NA |
| N/F | Cook County Clerk Real Estate & Tax Service Department | 4110-000 | $26,483.57 | NA | NA | NA |
| N/F | Eleftenos Fintikis d/b/a Minoan Construction | 4110-000 | $40,950.00 | NA | NA | NA |
| N/F | Eon Development, Inc. | 4110-000 | $53,488.00 | NA | NA | NA |
| N/F | Kaplan Papdakis & Gournis, PC | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Laurie A. Silvestri Three First National Plaza | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Levenfeld Pearlstein, LLC | 4110-000 | $0.00 | NA | NA | NA |
|  | **TOTAL SECURED** |  | **$139,571.57** | **$20,515.30** | **$20,515.30** | **$20,515.30** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Michael Desmond | 2100-000 | NA | $12,727.96 | $12,727.96 | $12,727.96 |
| Attorney for Trustee Fees - Figliulo & Silverman, P.C. | 3110-000 | NA | $80,512.50 | $80,512.50 | $80,512.50 |
| Attorney for Trustee, Expenses - Figliulo & Silverman, P.C. | 3120-000 | NA | $1,692.29 | $1,692.29 | $1,692.29 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $5,511.84 | $5,511.84 | $5,511.84 |
| Other Chapter 7 Administrative Expenses - Office of the U.S. Trustee | 2990-000 | NA | $325.00 | $325.00 | $325.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** |  | **NA** | **$100,769.59** | **$100,769.59** | **$100,769.59** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Gregory K. Stern | 5800-000 | NA | $20,497.32 | $20,497.32 | $20,497.32 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $20,497.32 | $20,497.32 | $20,497.32 |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover BankDB Servicing Corporation | 7100-000 | $8,079.82 | $8,079.82 | $8,079.82 | $1,543.60 |
| 2 | Beverly Asphalt Paving Companyc/o Laurie A. Silvestri | 7100-000 | NA | $18,650.00 | $0.00 | $0.00 |
| 3 | American Express Centurion Bankc o Becket and Lee LLP | 7100-000 | $30,000.00 | $29,837.75 | $29,837.75 | $5,700.33 |
| 4 | CHS Care NetworkKomyatte & Casbon, PC | 7100-000 | NA | $35.00 | $0.00 | $0.00 |
| 5 | Suk S Lee MD IncKomyatte & Casbon, PC | 7100-000 | NA | $45.00 | $0.00 | $0.00 |
| 6 | BCL-CAPITAL FUNDING LLCc/o Johnathan P. Friedland Levenfeld Pearlstein, LLC | 7100-000 | $1,384,917.50 | $212,165.76 | $212,165.76 | $40,533.01 |
| 8 | Spiros Stamelos | 7100-000 | NA | $20,000.00 | $0.00 | $0.00 |
| N/F | Bank of America | 7100-000 | $216.49 | NA | NA | NA |
| N/F | Chicago Title & Trust Company | 7100-000 | $1,350.00 | NA | NA | NA |
| N/F | Spiros Stamelos | 7100-000 | $20,000.00 | NA | NA | NA |
| N/F | The Home Depot Project Loan | 7100-000 | NA | NA | NA | NA |
| N/F | Zoe Sadkhin | 7100-000 | $10,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,454,563.81** | **$288,813.33** | **$250,083.33** | **$47,776.94** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 13-43900  
**Case Name:** CALLAS, SAM  
**For Period Ending:** 02/02/2018

**Trustee Name:** (330623) Michael Desmond  
**Date Filed (f) or Converted (c):** 11/04/2014 (c)  
**§ 341(a) Meeting Date:** 12/17/2014  
**Claims Bar Date:** 05/22/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 200.00 | 200.00 | | 0.00 | FA |
| 2 | Urban Partnership Bank - checking account no. xx | 230.57 | 230.57 | | 0.00 | FA |
| 3 | Heartland Bank & Trust Company - ckg acct -7500 | 15,085.89 | 15,085.89 | | 36,575.93 | FA |
| 4 | Urban Partnership Bank - checking account no. xx | 160.31 | 160.31 | | 0.00 | FA |
| 5 | Necessary Wearing Apparel | 750.00 | 0.00 | | 0.00 | FA |
| 6 | 1999 Mercedes CLK430 | 2,000.00 | 1,600.00 | | 0.00 | FA |
| 7 | 2004 Nissan Armada | 6,000.00 | 0.00 | | 0.00 | FA |
| 8 | 1901 - 1911 Howard Street, Evanston, Illinois - | 2,192,000.00 | 0.00 | | 0.00 | FA |
| 9 | Attorney Client Trust Fund Account - Deposit (u) | 0.00 | 49,546.10 | | 49,546.10 | FA |
| 10 | Preference Recoveries (u) | Unknown | 90,000.00 | | 113,694.77 | FA |
| **10** | **Assets Totals (Excluding unknown values)** | **$2,216,426.77** | **$156,822.87** | | **$199,816.80** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has resolved all remaining adversaries. Trustee is in the process of resolving Chapter 11 administrative claims, reviewing prepetition claims, filing fee application and preparing Final report.

**Current Projected Date Of Final Report (TFR):** 10/17/2017 (Actual)   **Initial Projected Date Of Final Report (TFR):** 12/31/2016

02/02/2018  
Date

/s/Michael Desmond  
Michael Desmond

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 13-43900 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | CALLAS, SAM | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2507 | Account #: | ******5066 Checking Account |
| For Period Ending: | 02/02/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/04/14 | {9} | Northern Trust<br><br>50 S. LaSalle St<br>Chicago, IL 60675 | Atty Client Trust Fund Acct - Deposit | 1229-000 | 49,546.10 |  | 49,546.10 |
| 12/11/14 | {3} | Heartland Bank & Trust Company<br><br>14429 S. Wallin Drive<br>Plainfield, IL 60544 | Turnover of Acct Balance - Acct # ending x 7500 | 1129-000 | 16,057.02 |  | 65,603.12 |
| 12/31/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 74.07 | 65,529.05 |
| 01/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 94.25 | 65,434.80 |
| 02/17/15 | {10} | GreenySky Trade Credit, LLC<br><br>1797 Northeast Expressway NE, Suite 100<br>Atlanta, GA 30329 | Preference Transfer Recovery payment made by The Home Depot. | 1241-000 | 12,532.68 |  | 77,967.48 |
| 02/24/15 | {3} | Heartland Bank & Trust Company<br><br>606 S. Main St.<br>Princeton, IL 61356 | Proceeds of Rent Payments Made to Heartland Bank | 1129-000 | 20,518.91 |  | 98,486.39 |
| 02/27/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 95.21 | 98,391.18 |
| 03/02/15 | {10} | Bank of America<br><br>Dept. AZ9-503-02 57,<br>1825 E Buckeye Rd<br>Phoenix, AZ 85034-4216 | Preference Transfer Recovery payment made by Bank of America | 1241-000 | 31,162.09 |  | 129,553.27 |
| 03/03/15 | 101 | BCL Capital Funding, LLC<br><br>c/o Jamie Burns, Levenfeld & Pearlstein, 2 N.LaSalle St., Suite 1300<br>Chicago, IL 60602 | Turnover of Post Petition Rents Per order dated 2-17-2015 | 4110-000 |  | 20,515.30 | 109,037.97 |
| 03/03/15 | 102 | The Northern Trust Company - Sam Callas DIP Account<br><br>c/o Jenn G. Clarke - Mail Stop MB-09, 50 S. LaSalle St.<br>Chicago, IL 60603 | For credit to Account ******6261 per order dated 2-17-2015 | 8500-002 |  | 10,257.65 | 98,780.32 |
| 03/23/15 | {10} | Stamelos Building Account<br><br>35 Bridlewood Lane<br>Northbrook, IL 60062-4737 | Recovery of Post-Petition Transfer from Spiros Stamelos | 1241-000 | 5,000.00 |  | 103,780.32 |
| 03/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 158.56 | 103,621.76 |
| 04/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 149.04 | 103,472.72 |
| 05/29/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 143.86 | 103,328.86 |
| 06/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 158.53 | 103,170.33 |

Page Subtotals:   $134,816.80   $31,646.47

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                              ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-43900 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | CALLAS, SAM | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2507 | Account #: | ******5066 Checking Account |
| For Period Ending: | 02/02/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 153.34 | 103,016.99 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 143.23 | 102,873.76 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 157.84 | 102,715.92 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 147.74 | 102,568.18 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 142.61 | 102,425.57 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 162.07 | 102,263.50 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 141.81 | 102,121.69 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 141.60 | 101,980.09 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 160.92 | 101,819.17 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 141.18 | 101,677.99 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 140.98 | 101,537.01 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 160.23 | 101,376.78 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 140.56 | 101,236.22 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 159.73 | 101,076.49 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 144.98 | 100,931.51 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 139.95 | 100,791.56 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 154.22 | 100,637.34 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 144.35 | 100,492.99 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 154.15 | 100,338.84 |
| 02/16/17 | {10} | Katina Callas 6657 North Keating Avenue Lincolnwood, IL 60712 | Settlement check pursuant to Order dated 2-15-17 approving Settlement with Katina Callas | 1241-000 | 65,000.00 | | 165,338.84 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 168.98 | 165,169.86 |

Page Subtotals:   $65,000.00   $3,000.47

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 13-43900 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | CALLAS, SAM | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2507 | Account #: | ******5066 Checking Account |
| For Period Ending: | 02/02/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 245.49 | 164,924.37 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 221.40 | 164,702.97 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 260.59 | 164,442.38 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 236.52 | 164,205.86 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 228.31 | 163,977.55 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 259.46 | 163,718.09 |
| 09/14/17 | 103 | Figliulo & Silverman, P.C.<br>10 S. LaSalle St., Suite 3600<br>Chicago, IL 60603 | Attorney for Trustee Expenses allowed per Court Order dated 09/12/2017 | 3120-000 | | 1,684.92 | 162,033.17 |
| 09/14/17 | 104 | Figliulo & Silverman, P.C.<br>10 S. LaSalle St., Suite 3600<br>Chicago, IL 60603 | Chapter 7 Attorney's fees allowed per Court Order dated 09/12/2017 | 3110-000 | | 77,087.50 | 84,945.67 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 186.08 | 84,759.59 |
| 12/18/17 | 105 | Michael Desmond<br>10 South LaSalle<br>Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $12,727.96; Claim # FEE; Filed: $12,727.96 | 2100-000 | | 12,727.96 | 72,031.63 |
| 12/18/17 | 106 | Figliulo & Silverman, P.C.<br>10 S. LaSalle St., Suite 3600<br>Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $3,425.00; Claim # ; Filed: $3,425.00 | 3110-000 | | 3,425.00 | 68,606.63 |
| 12/18/17 | 107 | Figliulo & Silverman, P.C.<br>10 S. LaSalle St., Suite 3600<br>Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $7.37; Claim # ; Filed: $7.37 | 3120-000 | | 7.37 | 68,599.26 |
| 12/18/17 | 108 | Office of the U.S. Trustee | Distribution payment - Dividend paid at 100.00% of $325.00; Claim # 9; Filed: $325.00 | 2990-000 | | 325.00 | 68,274.26 |
| 12/18/17 | 109 | Gregory K. Stern<br>53 W. Jackson Blvd., Suite 1442<br>Chicago, IL 60604 | Distribution payment - Dividend paid at 100.00% of $20,497.32; Claim # 7; Filed: $20,497.32 | 5800-000 | | 20,497.32 | 47,776.94 |
| 12/18/17 | 110 | Discover Bank<br>DB Servicing Corporation | Distribution payment - Dividend paid at 19.10% of $8,079.82; Claim # 1; Filed: $8,079.82 | 7100-000 | | 1,543.60 | 46,233.34 |
| 12/18/17 | 111 | American Express Centurion Bank<br>c o Becket and Lee LLP | Distribution payment - Dividend paid at 19.10% of $29,837.75; Claim # 3; Filed: $29,837.75 | 7100-000 | | 5,700.33 | 40,533.01 |

Page Subtotals:    $0.00    $124,636.85

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 13-43900 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | CALLAS, SAM | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2507 | Account #: | ******5066 Checking Account |
| For Period Ending: | 02/02/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/18/17 | 112 | BCL-CAPITAL FUNDING LLC c/o Johnathan P. Friedland Levenfeld Pearlstein, LLC | Distribution payment - Dividend paid at 19.10% of $212,165.76; Claim # 6; Filed: $212,165.76 | 7100-000 |  | 40,533.01 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 199,816.80 | 199,816.80 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | **0.00** |  |
|  |  | **Subtotal** |  |  | 199,816.80 | 199,816.80 |  |
|  |  | Less: Payments to Debtors |  |  |  | **0.00** |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$199,816.80** | **$199,816.80** |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 13-43900 | **Trustee Name:** | Michael Desmond (330623) | |
| **Case Name:** | CALLAS, SAM | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***2507 | **Account #:** | ******5066 Checking Account | |
| **For Period Ending:** | 02/02/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5066 Checking Account | $199,816.80 | $199,816.80 | $0.00 |
| | **$199,816.80** | **$199,816.80** | **$0.00** |

02/02/2018                                /s/Michael Desmond
Date                                      Michael Desmond

**UST Form 101-7-TDR (10 /1/2010)**